UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

In re:  JARED L. FIVEASH                §   Case No. 09-12275-JDW
                                        §
                                        §
                                        §
                                        §
        Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

WALTER W. KELLEY                                 , chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares as follows:

1) The case was filed on 12/04/2009.

2) The plan was confirmed on 09/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on _____.

4) The trustee filed action to remedy default by the debtor in performance under the plan on _____.

5) The case was  completed  on 09/13/2013.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $478,619.31.

11) All checks distributed by the trustee relating to this case  have  cleared the bank.

UST Form 101-12-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $156,134.11 | |
| Less amount transferred to James Fiveash | $8,313.33 | |
| **NET RECEIPTS:** Case #09-12279-JDW | | $147,820.78 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $13,589.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$13,589.31** |

Attorney fees paid and disclosed by debtor:        $5,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AGRI CREDIT | 6 | $0.00 | $52,610.92 | $52,610.92 | $29,286.39 | |
| CNH CAPITAL (PLANTER) | 5 | $45,272.50 | $32,275.31 | $50,090.00 | $26,870.25 | |
| CNH CAPITAL (TRACTOR W/ LOADER ATTACHMENT) | 5 | $25,000.00 | $12,815.96 | | | |
| COMMERCIAL STATE BANK (STALK PULLER PAID OUTSIDE OF PLAN WITH CROP PROCEEDS) | 8 | $6,000.00 | $6,451.90 | | | |
| COMMERCIAL STATE BANK (MORTGAGE OUTSIDE PLAN) | 8 | $59,000.00 | $58,512.01 | | | |
| NAEDA (DUMP CART) (9/30/11 pmt for $7,228.62 pd directly) | 7 | $19,596.91 | $28,783.16 | $28,783.16 | $14,457.24 | |
| NAEDA FINANCIAL (DIRT PAN) | 7 | $10,095.00 | | | | |
| AGRILIANCE-AFC, LLC | 9 | $636,520.41 | | | | |
| AGRILIANCE-AFC, LLC | 9 | $378,425.76 | $388,750.67 | $388,750.67 | $14,177.98 | |
| BANK OF AMERICA | 9 | $4,204.00 | | | | |
| CASE CREDIT DIV OF CASE CO | 9 | $76,301.00 | | | | |
| CBUSA SEARS | 9 | $486.00 | | | | |

UST Form 101-12-FR-S (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| CHASE BANK | 9 | $1,489.00 | $1,458.11 | $1,458.11 | $53.17 |
| CITIBANK USA | 9 | $389.00 | | | |
| CNH CAPITAL | 9 | $0.00 | | | |
| DISCOVER CARD | 9 | $3,300.00 | $4,179.19 | $4,179.19 | $152.42 |
| FARM PLAN | 9 | $15,764.00 | $16,005.79 | $16,005.79 | $583.74 |
| HOUSEHOLD CREDIT SERVICES | 9 | $441.00 | | | |
| HSBC BADCOCK | 9 | $963.00 | $456.39 | | |
| AGRI-AFC, LLC (secured per Confirmation Order) | | | $39,000.00 | $39,000.00 | $43,814.01 |
| | | | | | |

**UST Form 101-12-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | | | |
| Mortgage Arrearage | | | |
| Debt Secured | $170,484.08 | $114,427.89 | |
| All Other Secured – ECast | $6,882.06 | $4,801.62 | |
| **TOTAL SECURED:** | $177,366.14 | $119,229.51 | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | | | |
| Domestic Support Ongoing | | | |
| Unsecured Payments: | $410,393.76 | $14,967.31 | |
| Wells Fargo | $950.12 | $34.65 | |
| **GENERAL UNSECURED PAYMENTS:** | $411,343.88 | $15,001.96 | |

ECast paid per Confirmation Order (secured – formerly HSBC Nevada)
Wells Fargo not scheduled but filed a proof of claim (unsecured)

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $13,589.31 | |
| Disbursements to Creditors | $134,231.47 | |
| **TOTAL DISBURSEMENTS:** | | $147,820.78 |

UST Form 101-12-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 11/06/2013                    By: /s/ Walter W. Kelley
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-12-FR-S (9/1/2009)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE |
| | * | |
| JARED L. FIVEASH, | * | NO. 09-12275-JDW |
| | * | |
| Debtor. | * | CHAPTER 12 PROCEEDING |

## CERTIFICATE OF SERVICE

I, WALTER W. KELLEY, hereby certify that I am over 18 years of age, that I am the duly appointed Trustee in the above-referenced case, and that I have furnished a true copy of the Chapter 12 Standing Trustee's Final Report and Account to the following individuals by either electronic filing or by depositing a copy of same in the United States Mail, in properly addressed envelopes with sufficient postage affixed thereto to insure delivery, this 6th day of November, 2013.

U.S. Mail:

Jared L. Fiveash
2020 Bowen Earnest Road
Donalsonville, GA   39845

U.S. Trustee – MAC
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA   31201

ECF:

R. Bruce Warren
Attorney for Debtor
bankruptcy@wbwk.com

/s/ Walter W. Kelley
**WALTER W. KELLEY, TRUSTEE**
Post Office Box 70849
Albany, Georgia   31708
(229) 888-2257
Ch12trustee@kelleylovett.com